FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE LUGO,<br><br>        Petitioner,<br><br>    v.<br><br>DAVE NORDSTROM (Warden),<br><br>        Respondent. | No. EDCV 06-841-RGK(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: SEP 21 2010

_____
R. GARY KLAUSNER
United States District Judge

1